
Case 3:15-cv-05881-RBL  Document 5  Filed 12/03/15  Page 1 of 2

```
                           FILED        LODGED
                                    RECEIVED

                           DEC 03 2015

                       CLERK U.S. DISTRICT COURT
                 WESTERN DISTRICT OF WASHINGTON AT TACOMA
                 BY                                    DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ING BANK, N.V., <br><br> Plaintiff, <br><br> v. <br><br> M/V LIGARI, IMO No. 9279513, her engines, tackle, equipment, furniture, appurtenances, etc., *in rem* <br><br> Defendant. | IN ADMIRALTY <br><br> NO. 3:15-cv-5881 <br><br> [PROPOSED] ORDER GRANTING MOTION FOR ISSUANCE OF A WARRANT OF ARREST PURSUANT TO ADMIRALTY RULE C |

Upon reading the Verified Complaint for issuance of a warrant of arrest, the exhibits and the verification thereto, the Court finds that the conditions for an action under Admiralty Rule C appear to exist;

**IT IS HEREBY ORDERED** that the Clerk shall issue warrant of arrest as prayed for in the Verified Complaint;

**IT IS FURTHER ORDERED,** that any person claiming an interest in the property arrested, attached or garnished pursuant to said Order, upon application to the Court be entitled

[PROPOSED] ORDER GRANTING MOTION
FOR ISSUANCE OF WARRANT FOR
ARREST - 1
NO. 3:15-cv-5881

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE - SUITE 2400
SEATTLE, WASHINGTON 98121-2320
(206) 443-3400

to a prompt hearing in which the plaintiff shall be required to show why the arrest, attachment and garnishment should not be vacated or other relief granted; and

**IT IS FURTHER ORDERED** that a copy of this order be attached to and served with the said warrant of arrest.

**IT IS FURTHER ORDERED** that ING Bank N.V. will release and hold harmless and indemnify the U. S. Marshal from and against all claims in liability arising out of the care and custody or the arrest of the M/V LIGARI.

**SO ORDERED** and **SIGNED** this 3 December 2015 in Tacoma, Washington.

_____
**UNITED STATES DISTRICT JUDGE**

Presented by:

BAUER MOYNIHAN & JOHNSON LLP

/s/Thomas G. Waller
Thomas G. Waller, WSBA No. 22963
Attorneys for Plaintiff

[PROPOSED] ORDER GRANTING MOTION
FOR ISSUANCE OF WARRANT FOR
ARREST - 2
NO. 3:15-cv-5881

ATTORNEYS AT LAW
**BAUER MOYNIHAN & JOHNSON LLP**
2101 FOURTH AVENUE - SUITE 2400
SEATTLE, WASHINGTON 98121-2320
(206) 443-3400