HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ING BANK, N.V.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>M/V LIGARI, IMO No. 9279513, her engines, tackle, equipment, furniture, appurtenances, etc., *in rem*<br><br>　　　　　Defendant. | IN ADMIRALTY<br><br>NO. 3:15-cv-05881-RBL<br><br>**[PROPOSED] ORDER GRANTING MOTION TO ALLOW VESSEL TO MOVE WITHIN PORT AND CONTINUE CARGO OPERATIONS** |

Considering the foregoing Motion to Allow Vessel to Move within Port and to Continue Cargo Operations filed by plaintiff, ING Bank N.V. ("ING"), and finding same well-founded, it is hereby

**ORDERED, adjudged and decreed** that the M/V LIGARI, IMO No. 9279513, ("LIGARI") be allowed to move one time within the physical jurisdiction of this Court to a safe berth or anchorage as necessary to shift within the port or to continue conducting cargo or repair operations, at all times remaining within this District.

**IT IS FURTHER ORDERED** that ING agrees to release and hold harmless and indemnify the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible, from any and all liability or responsibility for claims arising from shifting or the movement to safe berth or to conduct

ORDER GRANTING MOTION TO ALLOW
VESSEL TO MOVE - 1
NO. 3:15-cv-05881-RBL

ATTORNEYS AT LAW
**BAUER MOYNIHAN & JOHNSON LLP**
2101 FOURTH AVENUE - SUITE 2400
SEATTLE, WASHINGTON 98121-2320
(206) 443-3400

repair operations of the aforesaid LIGARI, and all property aboard that vessel or located within this District.

DATED this 3 December 2015.

                                                         _____
                                                         Ronald B. Leighton
                                                         United States District Judge

PRESENTED BY:

BAUER MOYNIHAN & JOHNSON LLP

/s/Thomas G. Waller
Thomas G. Waller, WSBA No. 22963
/s/Donald K. McLean
Donald K. McLean, WSBA No. 24158
/s/Mark A. Krisher
Mark A. Krisher, WSBA No. 39314
Attorneys for Plaintiff
Bauer Moynihan & Johnson LLP
2101 Fourth Avenue, Suite 2400
Seattle, WA  98121
Telephone:  (206) 443-3400
Fax:  (206) 448-9076

ORDER GRANTING MOTION TO ALLOW
VESSEL TO MOVE - 2
NO. 3:15-cv-05881-RBL